**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRAD LAMONT WILLIAMS**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:12-cv-00187-KGB**

**CITY OF ALEXANDER, ARKANSAS, and**
**HORACE WALTERS, individually and as**
**ALEXANDER CHIEF OF POLICE**                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff's unopposed motion to dismiss with prejudice (Dkt. No. 52). This Court previously dismissed plaintiff Brad Lamont Williams's complaint against the City of Alexander, Arkansas (Dkt. No. 39). Mr. Williams now requests, as a result of a settlement reached between the parties, that this Court dismiss with prejudice his remaining claims. For good cause shown, Mr. Williams's cause of action against defendant Horace Walters, individually and as Alexander Chief of Police, is dismissed with prejudice.

SO ORDERED this the 15th day of September, 2015.

_____
Kristine G. Baker
United States District Judge